In the Matter of the Application of CHARLES A. OKERLIND, as Administrator, etc., of HEDVIG SOFIA SODERBERG, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

JOHN STANGL and JOSEPH J. POPP, Respondents, v. EUGENE GEBHARD, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

EDWARD L. CLEARY, Respondent, v. DOUGLAS-GUARDIAN WAREHOUSE CORPORATION, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

MABEL OWENS LEARY, Appellant, v. DANIEL BELL LEARY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Relation of MARK D. EWELL, Plaintiff, v. LLOYD P. ROBSON and COUNTY OF OSWEGO, Defendants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 689; 253 id. 791; Id. 127.] Present — Sears, P. J., Crosby, Lewis and Taylor, JJ.

TOWN OF IRONDEQUOIT, Appellant, v. OLIVER COSTICH DEVELOPMENT CORPORATION, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PARADOWSKI, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of the New York State Prison, Auburn, New York.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of VILLAGE OF LAKEWOOD, Appellant, for a Mandamus Order against JAMES A. RUSSELL, Respondent.— Motion to amend order entered January 12, 1938, denied; motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCCO LA FORTUNA, Appellant, v. JOSEPH H. BROPHY, Warden of the State Prison at Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK AMBROSIO, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.